IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO.: 3:18-CR-00252-K |
| | § | |
| DESIGN PLASTERING WEST LLC (1) | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**DESIGN PLASTERING WEST LLC**, by consent, under authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to Count(s) One of the Information. After cautioning and examining an authorized representative of DESIGN PLASTERING WEST LLC concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that DESIGN PLASTERING WEST LLC be adjudged guilty of 29 U.S.C. § 666 (e), namely, OSHA Violation Causing Death to Employee and have sentence imposed accordingly.

Date:   5th day of June, 2018

_____
UNITED STATES MAGISTRATE JUDGE

[FILED stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, JUN - 5 2018, CLERK, U.S. DISTRICT COURT, By ___ Deputy]